ACCEPTED
04-14-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 3:21:55 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00609

_____

**IN THE TEXAS COURT OF APPEALS - FOURTEENTH JUDICIAL DISTRICT**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/22/15 3:21:55 PM
KEITH E. HOTTLE
Clerk

**IRMA LEMUS and MANUEL LEMUS, JR., Appellants**

**V.**

**JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR,**
**LAURA ASHLEY WELLS and JOHNNY B. WELLS, Appellees**

**On Appeal from Cause No. 2012-CI-00251, 225th Judicial District Court of Bexar County**
_____

### APPELLEE'S SECOND MOTION FOR EXTENSION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COME NOW Appellees, JOHNNY MONTOYA GARZA, JOHN RENE AGUILAR, LAURA ASHLEY WELLS and JOHNNY B. WELLS, and respectfully request that this Honorable Court grant an additional three to five days to file their brief on appeal. In support thereof, they would show the following:

I.

Appellee's brief is due June 19th, after an extension of time from June 12th. Appellees would respectfully show that properly formatting, bookmarking, assembling and (hopefully) hyperlinking documents has been a learning experience for the undersigned who appreciates the additional time already granted. Appellees request additional time of three to five days to finalize their brief on appeal.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully pray that this Honorable Court order an extension of time to Appellees for filing of their brief to and for such further relief to which they may be justly entitled.

Respectfully submitted,


*/s/ Anita J. Anderson*
ANITA J. ANDERSON
Texas Bar No. 01165955
LAW OFFICE OF ANITA J. ANDERSON
Conference: 303 West Sunset Suite 103
Correspondence:   POB 830722
San Antonio, Texas 78283
Telephone (210) 533-8726
Telecopier (210) 633-0989
 ajanderson1111@gmail.com


## CERTIFICATE OF SERVICE

A true and correct copy of the above and forgoing has been forwarded by email and e-service to Ana Laura Hessbrook, attorney of record for Defendants Irma  Lemus and Manuel Lemus, Jr. at 4100 N.W. Loop 410, Suite 105, San Antonio, Texas 78229 hessbrook@sbcglobal.net, (210) 706 -9467 and Sarah Anne Lishman, 310 South St. Mary's St., Suite 845, San Antonio, Texas 78205, sarahanne@jamiegrahamlaw.com (210)308-5669 this 22d day of June, 2015.


*/s/ Anita J. Anderson*
ANITA J. ANDERSON